# Robbins Geller Rudman & Dowd LLP

| Atlanta | Melville | San Diego |
| Boca Raton | New York | San Francisco |
| Chicago | Philadelphia | Washington, DC |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/12

July 2, 2012

VIA FACSIMILE
(212) 805-7920

*Request granted. Plaintiffs are excused from the pre-motion conference requirement. So ordered.*

*Shira A. Scheindlin*
*U.S.D.J.*
*7/2/12*

Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Chmielinski v. Nokia Corp. et al.*
No. 12-cv-03511

Dear Judge Scheindlin:

My firm has recently been retained to file a motion for appointment as lead plaintiff and approval of lead plaintiff's selection of lead counsel in the above-referenced action. Pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), any class member who wishes to seek appointment as a lead plaintiff, whether or not they previously filed a complaint, must file the motion no later than 60 days following the publication of the first notice that was issued advising investors of the pendency of the action. *See* 15 U.S.C. §§78u-4(a)(3)(A) and (B). The statutory notice was published on May 3, 2012; accordingly, investors must file a motion pursuant to the PSLRA no later than today, July 2, 2012.

Your Honor's Individual Practices require a pre-motion conference before filing any motion. However, because of the PSLRA's procedure allowing any putative class member to file a motion on July 2, 2012, we will not know who opposing counsel is until after the motions are filed. Therefore, we respectfully request leave from complying with Your Honor's pre-motion conference requirement in this narrow instance.

Respectfully submitted,

MARIO ALBA JR.

MA:pw

cc: Nokia Corporation
(legal department, via facsimile)