UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x

ROBERT CHMIELINSKI, Individually and on :
Behalf of All Others Similarly Situated,

                               Plaintiff,

        vs.

NOKIA CORPORATION, et al.,

                       Defendants.

-------------------------------------------------------- x

Civil Action No. 1:12-cv-03511-SAS

CLASS ACTION

STIPULATION OF VOLUNTARY
DISMISSAL AND [PROPOSED] ORDER



791831_1

THE PARTIES[1], BY AND THROUGH THEIR COUNSEL OF RECORD, agree as follows:

WHEREAS, the complaint in the above-captioned, putative class action was filed on May 3, 2012 ("Complaint");

WHEREAS, Plaintiffs and their counsel have now determined, after careful review and deliberation, to voluntarily dismiss this action;

WHEREAS, Defendants have agreed and stipulated to this dismissal;

WHEREAS, at present, this matter has not been certified as a class action;

WHEREAS, under Fed. R. Civ. P. 41(a)(1), Plaintiffs are permitted to dismiss this action upon stipulation of the Parties: "Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing . . . (ii) a stipulation of dismissal signed by all parties who have appeared";

WHEREAS, neither Plaintiffs nor their counsel have received or will receive any consideration for dismissing this action from defendants or otherwise; and

WHEREAS, because a class has not been certified, Fed. R. Civ. P. 23(e) does not apply and no prejudice to absent putative class members will result from dismissal of the Complaint;

NOW THEREFORE, IT IS HEREBY STIPULATED, by and through the Parties and their respective counsel, and subject to the Court's approval, that this action shall be dismissed under the following terms and conditions:

1.      The Parties agree that Plaintiffs shall dismiss their claims, under Fed. R. Civ. P. 41, and this dismissal is with prejudice only to Michael Amdur and Robert Chmielinski.

---

[1]     The "Parties" are collectively Lead Plaintiff Michael Amdur and named plaintiff Robert Chmielinski ("Plaintiffs") and defendants Nokia Corporation, Stephen A. Elop, and Timo Ihamuotila ("Defendants").

- 1 -

2.      No Party to this stipulation or his or its counsel shall contend or assert that any other Party, or his or its counsel, has violated Fed. R. Civ. P. 11 or otherwise acted imprudently or improperly in regard to this action.

3.      The Parties agree to bear their own costs in connection with this matter.

4.      No Party to this stipulation or his or its counsel shall seek reimbursement from or pursue any action or claim against any other Party or his or its counsel for any fees, costs, expenses, damages or otherwise of any sort in connection with the filing, prosecution, defense or dismissal of this action or the events that are the subject of this action and that the Parties and their counsel finally and forever release, relinquish and discharge each other for all claims arising out of, in any way relating to, or in connection with this case.

IT IS SO STIPULATED.

DATED: December 11, 2012          ROBBINS GELLER RUDMAN
                                      & DOWD LLP
                                  JAMES A. CAPUTO
                                  MAUREEN E. MUELLER


                                  JAMES A. CAPUTO

                                  655 West Broadway, Suite 1900
                                  San Diego, CA  92101
                                  Telephone:  619/231-1058
                                  619/231-7423 (fax)

                                  ROBBINS GELLER RUDMAN
                                      & DOWD LLP
                                  SAMUEL H. RUDMAN
                                  MARIO ALBA JR.
                                  58 South Service Road, Suite 200
                                  Melville, NY  11747
                                  Telephone:  631/367-7100
                                  631/367-1173 (fax)

                                  Attorneys for Plaintiffs

                                       - 2 -

791831_1

DATED: December 11, 2012

SHEARMAN & STERLING LLP
JEROME S. FORTINSKY

JEROME S. FORTINSKY

599 Lexington Avenue
New York, NY 10022
Telephone: 212/848-4000
212/848-7179 (fax)

Attorneys for Defendants Nokia Corporation,
Stephen A. Elop and Timo Ihamuotila

\*      \*      \*

## O R D E R ON STIPULATION

Having considered the Parties' stipulation and good cause appearing therefor, the above-captioned action is dismissed with prejudice as to Plaintiffs Michael Amdur and Robert Chmielinski, on the terms set out in the Parties' stipulation.

IT IS SO ORDERED.

DATED: Dec 12, 2012

THE HONORABLE SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE FOR THE
SOUTHERN DISTRICT OF NEW YORK

- 3 -

791831 1

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1.       That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 655 West Broadway, Suite 1900, San Diego, California 92101.

2.       That on December 11, 2012, declarant served the **STIPULATION OF VOLUNTARY DISMISSAL AND [PROPOSED] ORDER** by depositing a true copy thereof in a United States mailbox at San Diego, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3.       That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on December 11, 2012, at San Diego, California.

_____
VICKI J. ROGERS

NOKIA 12
Service List - 12/11/2012  (12-0078)
Page 1 of  1

**Counsel For Defendant(s)**

Legal  Department
Nokia House Keilalahdentie
2-4 P.O. Box 226, Espoo, 02150
Finland,

Jerome S. Fortinsky
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY  10022-4676
    212/848-4000
    212/848-7179 (Fax)


**Counsel For Plaintiff(s)**

Samuel H. Rudman
Mario  Alba Jr.
Robbins Geller Rudman & Dowd LLP
58 South Service Road, Suite 200
Melville, NY  11747
    631/367-7100
    631/367-1173 (Fax)

James A. Caputo
Maureen E. Mueller
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
    619/231-1058
    619/231-7423 (Fax)

Kip B. Shuman
The Shuman Law Firm
885 Arapahoe Avenue
Boulder, CO  80302
    303/861-3003
    303/484-4886 (Fax)